IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00069-CR

 

Charles Hurt,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 278th District Court

Walker County, Texas

Trial Court No. 22841

 



ORDER OF RECUSAL










 

            I hereby order myself recused from
further participation in this proceeding pursuant to Texas Rule of Appellate
Procedure 16.2, which incorporates by reference Texas Rule of Civil Procedure
18b.  See Tex. R. Civ. P.
18b(2)(a).

         
Signed July 3, 2007.

 

 

                                                                  
TOM GRAY

                                                                  
Chief Justice